IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| KAMILE CREWS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CV 05-AR-567-M |
| ) | |
| WARDEN ARCHIE GARRETT; ATTORNEY ) | |
| GENERAL FOR THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on December 15, 2005 recommending that the petition for writ of habeas corpus be dismissed as untimely. Petitioner's motion for extension of time to file objections was granted until February 21, 2006. Petitioner has filed objections to the magistrate judge findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED as untimely. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 3rd day of March, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE